IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

RICK A. RICARDO,                )
                                )
    Plaintiff,                  )
                                )
    v.                          )   Civil Action No. 06-180
                                )   Judge Lancaster
TIM HEITZMAN et al.,            )   Magistrate Judge Caiazza
                                )
                                )
    Defendants.                 )

## ORDER

AND NOW, this 24th day of April, 2006;

A rule was issued upon the Plaintiff to show good cause why he has not complied with this court's order dated March 10, 2006, which directed him to "provide proper instructions, U.S. Marshal form 285 for service upon each Defendant, along with a completed notice and waiver of summons and copies of the complaint for each Defendant to Clerk of Court for the Western District of Pennsylvania on or before March 27, 2006". The rule was returnable by April 19, 2006. Having failed to show good cause, or provide the court with the requested documents, IT IS HEREBY ORDERED that this case is dismissed for failure to prosecute.

_____
Gary L. Lancaster
U.S. District Court Judge

cc:
Rick A. Ricardo, GF-7813
SCI Fayette
P.O. Box 9999
LaBelle, PA 15450